```
                  UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF OHIO
                       WESTERN DIVISION

                            - - -

UNITED STATES OF AMERICA,     .  Case No. 1:09-cr-030-2
                              .
          Plaintiff,          .
                              .  Sentencing
        - v -                 .
                              .  Monday, September 14, 2009
WILLIAM ROEHM,                .  10:27 AM
                              .
          Defendant.          .  Cincinnati, Ohio
. . . . . . . . . . . . . . . .

                            - - -

              EXCERPT OF TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE MICHAEL R. BARRETT


For the Plaintiff:    TIMOTHY D. OAKLEY, ESQ.
                      Assistant U.S. Attorney
                      United States Attorney's Office
                      221 East Fourth Street, Suite 400
                      Cincinnati, Ohio  45202

For the Defendant:    JAMES F. BOGEN, ESQ.
                      229 East Court Street
                      Suite 2
                      Cincinnati, Ohio  45202

Also present:         John Cole, Probation Officer
                      Russ Whitley

Courtroom Deputy:     Barbara A. Crum

Court Reporter:       Luke T. Lavin, RDR, CRR
                      Potter Stewart U.S. Courthouse
                      100 East Fifth Street
                      Cincinnati, Ohio  45202
```

*Proceedings recorded in stenotype;*
*transcript prepared by computer.*

P R O C E E D I N G S

(In open court at 10:27 AM.)

\* \* \*

THE COURT: Okay. Mr. Bogen, if you don't have any objection, now may be the time for the owner to speak.

MR. BOGEN: No objection.

THE COURT: Mr. Oakley, do you mind if he uses your podium?

MR. OAKLEY: No, Your Honor. That's where I was going to put him.

THE COURT: Okay.

Sir, can you come up, please. If you could stand close to the microphone, give us your full name and spell your last name.

MR. WHITLEY: Good morning, Your Honorable Barrett. My name is Russ Whitley, W-h-i-t-l-e-y.

THE COURT: Okay. Mr. Whitley, tell me what you have on your mind.

MR. WHITLEY: I am a federal firearms licensed dealer, and I have a list of the damage here and any articles that was stolen out of my building. The total is over $30,000. I had no insurance because I had a small break-in a year before, and I went ahead and installed steel bars around all the windows and the doors, and I had a backup battery security system.

This particular night on February the 12th, the electric

was out in Bethel again from a storm.  I had a backup satellite in case this happened.  Well, that particular night the Russian satellite and the American satellite crashed in outer space. We had no security from 2:30 to 5:30 in the morning, and that's when this break-in occurred, sometime along between 2:30 and 5:30 in the morning.

      THE COURT:  Did you know either of these guys:  Mr. Roehm or Mr. Freeman?

      MR. WHITLEY:  Yes.  I'd seen them around; I knew them.

      THE COURT:  Okay.

      MR. WHITLEY:  And I'd like to maybe take a minute here, Your Honorable, and ask you a question.  I know you're busy and the Court's very busy.

I have no insurance to recuperate any of this, and this was my pension that I had from the marine corps and retiring from the steel mill that I had invested in this.  So that's my loss. But if I could have a minute here.  I know you're busy, Your Honorable.

When I was in the marine corps over in Vietnam, there was an honorable judge out of Michigan that sent me 28 men who was facing hard time or prison.  And I had my doubts about them, but after I received them and went through their training, they performed very good and I became friends with them after that. Of course, we lost four of them.

Is there any way possible that these men could be -- have

```
 1  the choice of either serving time or going to service?
 2          THE COURT:  Based upon the guidelines that are in
 3  front of them, I doubt if that's possible.
 4          MR. WHITLEY:  Okay.  I just thought that might be a
 5  good way to --
 6          THE COURT:  Do me a favor.  Will you sort of outline
 7  the $30,000 for me.  Do you have a --
 8          MR. WHITLEY:  I have the list here, yes, sir.
 9          THE COURT:  Barb, do you want to grab that real fast.
10      (Courtroom deputy complies with request.)
11          THE COURT:  Mr. Bogen and Mr. Oakley, do either of you
12  guys need to see this list?  I'll make you a copy.
13          MR. OAKLEY:  If we can have a copy, and I would cross-
14  reference with ATF to make sure that, if we get the guns back,
15  that we do have -- we did recover, I'd say, eight or nine of
16  the weapons during the investigation.
17          THE COURT:  Okay.  I think that would require some
18  kind of a setoff.
19      Are you still in operation?  Are you still open, Mr.
20  Whitley?
21          MR. WHITLEY:  Yes, sir.
22          THE COURT:  Okay.  Do you know which weapons the
23  government has, by any chance?
24          MR. WHITLEY:  One of the ATF agents called me and left
25  me a list.  But there was more coming in, and I think they
```

```
 1  recovered one in Columbus recently.
 2          THE COURT:  Okay.  Yeah.
 3      Actually, I mean, to be completely honest with you, I'm
 4  more concerned about this in terms of Mr. Freeman than I am Mr.
 5  Roehm.  Mr. Roehm didn't actually break in.  He just --
 6          MR. WHITLEY:  Yes, sir.
 7          THE COURT:  He got involved later on.
 8      Okay.  Barb, can you make copies of this?
 9          COURTROOM DEPUTY:  Sure.
10          THE COURT:  Okay.  Is there anything else you'd like
11  to say at this time?
12          MR. WHITLEY:  No, sir.  Thank you for letting me
13  speak, Your Honor.
14          THE COURT:  Okay.  It's my understanding you cannot be
15  back this afternoon for Mr. Freeman's sentencing.  Is that
16  right?
17          MR. WHITLEY:  That's right.  I have to take my mom to
18  a doctor's appointment.
19          THE COURT:  Okay.
20      Luke, are you able to type this up over the lunch break or
21  something?
22          THE REPORTER:  Yes, sir.
23          THE COURT:  All right.
24      Thank you, sir.
25          MR. WHITLEY:  Thank you, sir.  Have a good day.
```

1    (End of requested excerpt.)

2                           * * *

3                           - - -

4                    C E R T I F I C A T E

5        I, Luke T. Lavin, RDR, CRR, the undersigned, certify
6    that the foregoing is a correct transcript from the record of
7    proceedings in the above-entitled matter.

8

9                                    s/Luke T. Lavin
                                     Luke T. Lavin, RDR, CRR
10                                   Official Court Reporter

11
                                - - -
12